IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN BROWN,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | 25-CV-6381 |
| | : | |
| **DELAWARE COUNTY** | : | |
| **SHERIFF'S DEPARTMENT,** *et al.*, | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 15th day of January, 2026, upon consideration of Plaintiff Stephen Brown's Motion to Proceed *In Forma Pauperis* (ECF No. 15) and *pro se* Amended Complaint (ECF No. 16), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Amended Complaint is **DEEMED** filed.

3. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:


/s/ Harvey Bartle III
_____
J.